IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KEVIN McGHIEY | § § § § § § § § | |
| | § | CIVIL ACTION NO. 5:12-CV-00578-FB |
| METRO NEWS SERVICE, INC. | | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, KEVIN McGHIEY, files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Kevin McGhiey, Plaintiff

2. Adam Poncio, counsel for Plaintiff

3. Poncio Law Offices, P.C., counsel for Plaintiff

4. Metro News Service, Inc., Defendant

5. Nathan A. Schacht, counsel for Defendant

6. Baker & Hostetler, LLP, counsel for Defendant

Respectfully Submitted

_____
ADAM PONCIO
State Bar No. 16109800
Southern District I.D. 194847

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-7979
Facsimile:(210) 212-5880

## CERTIFICATE OF SERVICE

I hereby certify that on the day of 5th day of September, 2012 electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served on the following interested parties:

Nathan A. Schacht
Baker & Hostetler, LLP
303 East 17th St, Suite 1100
Denver, Colorado 80203
(713) 225-2300 Telephone
(713) 225-2340 Facsimile

_____
ADAM PONCIO