IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **KEVIN McGHIEY,** | ) |
| | ) |
| Plaintiff, | ) **CIVIL ACTION NO.** |
| | ) |
| v. | ) **SA-12-CV-00578-FB** |
| | ) |
| **METRO NEWS SERVICE, INC.,** | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Metro News Service, Inc. states that it is not a parent, subsidiary or affiliate of a publicly owned corporation, and no parent or publicly held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted on this 5th day of September, 2012,

*s/ Nathan A. Schacht*
Richard S. Mandelson
Colorado Bar. No. 5283
Nathan A. Schacht
Colorado Bar No. 42580
Baker & Hostetler LLP
303 East 17th, Ave., Suite 1100
Denver, Colorado 80203
Tel.: (303) 861-0600
Fax: (303) 861-7805
Rmandelson@bakerlaw.com
Nschacht@bakerlaw.com
*Admitted pro hac vice*

AND

Hurlie H. Collier
Texas Bar No. 04594550

- 2 -    Robyn R. Goldstein
Texas Bar No. 24054951
Baker & Hostetler LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002
Tel: (713) 751-1600
Fax: (713) 751-1717
Hcollier@bakerlaw.com
Rgoldstein@bakerlaw.com

ATTORNEYS FOR DEFENDANT

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Defendant's Corporate Disclosure Statement** was served via the court's ECF system on this 5th day of September, 2012, on the following:

Adam Poncio
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 190
San Antonio, Texas 78229
salaw@msn.com

                *s/ Nathan A. Schacht*
                Nathan A. Schacht