IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KEVIN McGHIEY, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) |
| v. | ) SA-12-CV-00578-FB |
| | ) |
| METRO NEWS SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S DESIGNATION OF POTENTIAL WITNESSES

Defendant Metro News Service, Inc. ("Metro News"), through its undersigned counsel, and pursuant to this Court's Scheduling Order, submits the following designation of potential witnesses:

### POTENTIAL WITNESSES

Kevin McGhiey
C/O Adam Poncio
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229

Mr. McGhiey is the Plaintiff in this matter and may have knowledge concerning his job duties, performance while employed by Metro News, disciplinary actions taken against him, if any, alleged leaves of absence and requests for accommodation requested or taken by Plaintiff or provided by Metro News while employed with Metro News, the policies and practices at the office where he worked, Plaintiff's previous filing of charges of discrimination, and generally the allegations made in his complaint.

Horace Southward
Metro News

    PO Box 767
    De Soto, TX 75123
    Available through Metro News' Counsel of Record

    Mr. Horace Southward is the President of Metro News and may have knowledge concerning Metro News' employment policies and practices and knowledge of Plaintiff's job duties and performance, disciplinary actions taken against him, if any, any alleged leaves and/or accommodations requested or taken by Plaintiff or provided by Metro News while employed with Metro News, Plaintiff's previous filing of charges of discrimination, and generally the allegations made in Plaintiff's complaint and Metro News' defenses.

    Eric Southward
    Metro News
    PO Box 767
    De Soto, TX 75123
    Available through Metro News' Counsel of Record

    Mr. Eric Southward is the Vice President, Marketing of Metro News and may have knowledge concerning Metro News' employment policies and practices and knowledge of Plaintiff's job duties and performance, disciplinary actions taken against him, if any, any alleged leaves and/or accommodations requested or taken by Plaintiff or provided by Metro News while employed with Metro News, Plaintiff's previous filing of charges of discrimination, and generally the allegations made in Plaintiff's complaint and Metro News' defenses.

    Chris Southward
    Metro News
    PO Box 767
    De Soto, TX 75123
    Available through Metro News' Counsel of Record

    Mr. Chris Southward is the Vice President, Operations of Metro News and may have knowledge concerning Metro News' employment policies and practices and knowledge of Plaintiff's job duties and performance, disciplinary actions taken against him, if any, any alleged

leaves and/or accommodations requested or taken by Plaintiff or provided by Metro News while employed with Metro News, Plaintiff's previous filing of charges of discrimination, and generally the allegations made in Plaintiff's complaint and Metro News' defenses.

    Len Fernandez
    Metro News
    PO Box 767
    De Soto, TX 75123
    Available through Metro News' Counsel of Record

Mr. Fernandez is the Director of Strategic Planning for Metro News and may have knowledge concerning Metro News' employment policies and practices and knowledge of Plaintiff's job duties and performance, disciplinary actions taken against him, if any, any alleged leaves and/or accommodations requested or taken by Plaintiff or provided by Metro News while employed with Metro News, Plaintiff's previous filing of charges of discrimination, and generally the allegations made in Plaintiff's complaint and Metro News' defenses.

    David Lopez
    Metro News
    PO Box 767
    De Soto, TX 75123
    Available through Metro News' Counsel of Record

Mr. Lopez is an Assistant Manager at Metro News who worked directly with Plaintiff on a daily basis and may have knowledge concerning Metro News' employment policies and practices and knowledge of Plaintiff's performance and generally the allegations made in Plaintiff's complaint and Metro News' defenses.

    Glenda Connell
    Metro News
    PO Box 767
    De Soto, TX 75123
    Available through Metro News' Counsel of Record

Ms. Connell performs administrative assistant work at Metro News and worked directly with Plaintiff on a daily basis and may have knowledge concerning Metro News' employment policies and practices and knowledge of Plaintiff's performance and generally the allegations made in Plaintiff's complaint and Metro News' defenses.

 Maria Deamer
 Metro News
 PO Box 767
 De Soto, TX 75123
 Available through Metro News' Counsel of Record

Ms. Deamer is a Business Development Specialist at Metro News who worked directly with Plaintiff on a daily basis and may have knowledge concerning Metro News' employment policies and practices and knowledge of Plaintiff's performance and generally the allegations made in Plaintiff's complaint and Metro News' defenses.

 Shannon Southward
 Metro News
 PO Box 767
 De Soto, TX 75123
 Available through Metro News' Counsel of Record

Ms. Southward is a Client Relations Manager at Metro News who worked directly with Plaintiff on a daily basis and may have knowledge concerning Metro News' employment policies and practices and knowledge of Plaintiff's performance and generally the allegations made in Plaintiff's complaint and Metro News' defenses.

Metro News reserves the right to call any of these individuals as witnesses at the time of trial in this matter and also reserves the right to call any witnesses disclosed by Plaintiff who are identified in any initial disclosure, or supplemental disclosures, or witness list.  Metro News also reserves the right to call and/or cross-examine any expert witness identified by Plaintiff in any proper expert witness designation or disclosure by Plaintiff.

Metro News also reserves its right to supplement and/or amend its Designation of Potential Fact Witnesses as necessary under the Federal Rules of Civil Procedure.

Respectfully submitted on this 14th day of December, 2012,

*s/ Nathan A. Schacht*
Richard S. Mandelson
Colorado Bar. No. 5283
Nathan A. Schacht
Colorado Bar No. 42580
Baker & Hostetler LLP
303 East 17th, Ave., Suite 1100
Denver, Colorado 80203
Tel.: (303) 861-0600
Fax: (303) 861-7805
Rmandelson@bakerlaw.com
Nschacht@bakerlaw.com
*Admitted pro hac vice*

AND

Hurlie H. Collier
Texas Bar No. 04594550
Robyn R. Goldstein
Texas Bar No. 24054951
Baker & Hostetler LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002
Tel: (713) 751-1600
Fax: (713) 751-1717
Hcollier@bakerlaw.com
Rgoldstein@bakerlaw.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **Defendant's Designation of Potential Witnesses** was served via the court's ECF system on this 14th day of December, 2012, on the following:

Adam Poncio
Tiffany Miller
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 190
San Antonio, Texas 78229
salaw@msn.com
tmiller@ponciolaw.com

                                            *s/ Nathan A. Schacht*